**Harry E. Macy, #082390**
**Craig D. Trippel, #096227**          (SPACE BELOW FOR FILING STAMP ONLY)
**HAGER, TRIPPEL, MACY & JENSEN**
Attorneys at Law
1322 E. Shaw Avenue, Suite 350
Fresno, California 93710
Telephone (559) 228-8322
Fax (559) 226-5274

**Attorneys for** Defendants, GALEN REX DANCE and G & M EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED CLARK and AMBER CLARK, <br><br> Plaintiffs, <br><br> vs. <br><br> GALEN REX DANCE, et al., <br><br> Defendants. | Case No. 1:09-CV-01642-AWI-SKO <br><br> **STIPULATION TO EXTEND EXPERT DISCLOSURE BY THE PARTIES AND ORDER THEREON** |

      Plaintiffs Jared Clark and Amber Clark, by and through their attorney, Robert B. Ingram, and defendants Galen Rex Dance and G & M Express, Inc., by and through their attorney, Craig D. Trippel, hereby agree and stipulate that the discovery deadlines set forth in the Scheduling Order filed herein on or about January 14, 2010, be extended as follows:

      The deadline for disclosing expert witnesses is agreed to be extended from July 30, 2010, to August 31, 2010; that the supplemental disclosure of expert witnesses is agreed to be extended from August 13, 2010, to September 13, 2010, and that expert discovery be completed on or before September 30, 2010.

      Good cause exists for the stipulated extension in that it is anticipated the parties' various experts may require additional time in order to complete their Rule 26 reports and in that the parties have agreed to engage in a formal mediation before retired California Superior Court Judge Eugene Krum which will be

conducted on July 26, 2010. In the event the matter does not resolve at the mediation, both sides desire additional time within which to finalize their expert witness disclosures and reports as required by Rule 26.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 8, 2010.

                LAW OFFICES OF ROBERT B. INGRAM


By: _/s/ Robert B. Ingram_____
    ROBERT B. INGRAM
    Attorney for JARED CLARK and
    AMBER CLARK

Dated: July 8, 2010.

                HAGER, TRIPPEL, MACY & JENSEN


By: _/s/ Craig D. Trippel_____
    CRAIG D. TRIPPEL
    Attorney for GALEN REX DANCE
    and G & M EXPRESS, INC.

## **ORDER**

In light of the parties' existing Scheduling Conference Order, setting out the expert discovery deadline to September 30, 2010 is problematic. Accordingly, the parties' request is granted in part as follows:

**IT IS HEREBY ORDERED** that:

1. The deadline for disclosing expert witnesses is extended from July 30, 2010 to August 16, 2010;

2. The deadline for disclosing supplemental expert witnesses is extended from August 13, 2010 to August 31, 2010; and

3. The expert discovery shall be completed on or before September 17, 2010.

///

1  The Court notes that the parties have not requested an extension of any other deadlines.
2  Accordingly, the deadline for filing non-dispositive motions shall remain on September 7, 2010, and
3  the deadline for filing dispositive motions shall remain on October 1, 2010.

IT IS SO ORDERED.

**Dated:   July 20, 2010**                    /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE