ROBERT B. INGRAM, Bar No. 48047
LAW OFFICES OF ROBERT B. INGRAM
25 Saddle Wood Drive
Novato, California 94945
Telephone: (415) 499-0800
Telecopier: (415) 499-0445

MARC J. BRAUER, Bar No. 74179
LAW OFFICES OF FRAWLEY & BRAUER
21300 Victor Blvd., Suite 820
Woodland Hills, California 91367
Telephone: (818) 340-0597
Telecopier: (818) 347-7418

Attorney for Plaintiffs
JARED CLARK and AMBER CLARK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JARED CLARK and AMBER CLARK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GALEN REX DANCE and G & M EXPRESS, INC., et al.<br><br>　　　　Defendants. | CASE NO. 1:09-CV-01642-AWI-GSA<br><br>STIPULATION AND ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE |

　　　COMES NOW the plaintiffs, JARED CLARK and AMBER CLARK, by and through their attorneys Robert B. Ingram and Marc J. Brauer and Defendants GALEN REX DANCE and G & M EXPRESS, INC. through their attorney, Craig Trippel, and stipulates that all claims made by plaintiffs against defendants in their complaint filed herein on September 15, 2009 have been resolved.

///

1

///

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this case be dismissed with prejudice.

Dated: October 25, 2010  _____

ROBERT B. INGRAM, Attorney for Plaintiffs

Dated: October 28, 2010  _____

CRAIG TRIPPEL, Attorney for Defendants

ORDER

GOOD CAUSE APPEARING, pursuant to the above Stipulation re Voluntary Dismissal with Prejudice, this matter is dismissed.

IT IS SO ORDERED.

Dated:  November 3, 2010  _____

CHIEF UNITED STATES DISTRICT JUDGE